UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:06 CR 337 CEJ (MLM) |
| ) | |
| BETONSPORTS PLC, et al. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ENTRY OF APPEARANCE**

COMES NOW Jeffrey T. Demerath of Armstrong Teasdale LLP and hereby enters his appearance as attorney(s) for Defendant Betonsports PLC.

BY:   /s/Jeffrey T. Demerath
Jeffrey T. Demerath           #2963
*Attorney for Defendant Betonsports PLC*
Armstrong Teasdale LLP
One Metropolitan Square, Suite 2600
St. Louis, Missouri 63102-2740
(314) 342-4103
(314) 552-4867 (facsimile)
jdemerath@armstrongteasdale.com

and

Steven M. Cohen
*Attorneys for Defendant Betonsports PLC*
Kronish Lieb Weiner & Hellmann LLP
1114 Avenue of the Americas
New York, New York  10036
(212) 479-6223
(212) 202-5413
scohen@kronishlieb.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 19, 2006, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system and/or was hand delivered to the following:

Michael Fagan, Esq.
Assistant United States Attorney
United States Attorney for the
 Eastern District of Missouri
Thomas Eagleton U.S.Courthouse
111 S. 10th Street, 20th Floor
St. Louis, MO  63102

                /s/ Jeffrey T. Demerath